**Larry D. GRINDER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 46676.**

Missouri Court of Appeals,
Western District.

April 20, 1993.

Gary E. Brotherton, Office of State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Michael J. Runzi, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and TURNAGE and KENNEDY, JJ.

### ORDER

PER CURIAM.

Appeal from the denial of Rule 24.035 motion for post-conviction relief after an evidentiary hearing. Judgment affirmed. Rule 84.16(b).